IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GARDNER, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>SHELL OIL COMPANY, et al.,<br><br>          Defendants.<br>_____/ | No. 09-05876 CW<br><br>SUA SPONTE<br>JUDICIAL REFERRAL<br>FOR PURPOSES OF<br>DETERMINING<br>RELATIONSHIP OF<br>CASES |

   Pursuant to Civil Local Rule 3-12(c), the Court orders that the above-captioned case is referred to Judge Patel to determine whether it is related to <u>Delagarza v. Tesoro Refining and Marketing Co.</u>, Civil Case No. C 09-5803.

   IT IS SO ORDERED.

Dated: 07/27/10

_____
CLAUDIA WILKEN
United States District Judge