Angel Gomez            (State Bar No. 74476)
Deanna L. Ballesteros     (State Bar No. 159079)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
Telephone: 310.556.8861
Facsimile:  310.553.2165
agomez@ebglaw.com
dballesteros@ebglaw.com

Attorneys for Defendants
SHELL OIL COMPANY, SHELL OIL PRODUCTS COMPANY LLC, and EQUILON ENTERPRISES LLC dba SHELL OIL PRODUCTS US

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GARDNER; STEVE MATTERN; BRIAN CERRE; and WILLIAM SULLIVAN individually and on behalf of all similarly situated current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY LLC; EQUILON ENTERPRISES LLC dba SHELL OIL PRODUCTS US; and DOES 1 through 20, Inclusive,<br><br>Defendants. | CASE NO.  CV 09-5876 CW<br><br>Complaint Filed:  November 17, 2009<br><br>**[PROPOSED] ORDER RE: WITHDRAWAL OF MOTION TO TRANSFER CASE, OR, IN THE ALTERNATIVE, STAY PROCEEDINGS** |

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED THAT:

The currently pending Motion To Transfer Case, Or, In The Alternative, Stay Proceedings, filed by Defendants Shell Oil Company, Shell Oil Products Company LLC, and Equilon Enterprises LLC dba Shell Oil Products US, (collectively, the "Shell Defendants") is permitted to be withdrawn by the Shell Defendants without decision by the Court, and is hereby deemed withdrawn.

1  This withdrawal is permitted at the request of the Shell Defendants, the
2  moving parties.

3
4  SO ORDERED.

5
6  DATED: __September 16__, 2010          _____
                                          Judge of the United States District Court