1 | JAY SMITH (CA Bar No. 166105)
(Email: js@gslaw.org)
2 | LINDA S. FANG (CA Bar No. 240245)
(Email: lfang@gslaw.org)
3 | ADRIAN BARNES (CA Bar No. 253131)
(Email: abarnes@gslaw.org)
4 | **GILBERT & SACKMAN**
**A LAW CORPORATION**
5 | 3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
6 | Tel: (323) 938-3000, Fax: (323) 937-9139

7 | RICHARD P. ROUCO *(pro hac vice)*
(Email: rrouco@wdklaw.com)
8 | **WHATLEY DRAKE & KALLAS, LLC**
2001 Park Place North
9 | Birmingham, Alabama 35203
Tel: (205) 328-9576, Fax: (205) 328-9669

Attorneys for Plaintiffs David Gardner, Steve Mattern,
Brian Cerre, and William Sullivan

12 | ANGEL GOMEZ (CA Bar No. 74476)
(Email: agomez@ebglaw.com)
13 | DEANNA BALLESTEROS (CA Bar No. 159079)
(Email: dballesteros@ebglaw.com)
14 | **EPSTEIN BECKER & GREEN, P.C.**
1925 Century Park East, Suite 500
15 | Los Angeles, California 90067-2506
Tel: (310) 556-8861, Fax: (310) 553-2165

Attorneys for Defendants Shell Oil Company, Shell Oil Products Company LLC, and Equilon Enterprises LLC dba Shell Oil Products US

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| DAVID GARDNER, STEVE MATTERN, BRIAN CERRE, and WILLIAM SULLIVAN, individually and on behalf of all similarly situated current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>SHELL OIL COMPANY, SHELL OIL PRODUCTS COMPANY LLC, and EQUILON ENTERPRISES LLC dba SHELL OIL PRODUCTS US and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 09-05876 CW<br><br>Assigned for all purposes to Hon. Claudia Wilken<br><br>**JOINT STIPULATION TO ENLARGE TIME TO FILE CLASS CERTIFICATION MOTIONS; [~~PROPOSED~~] ORDER** |

1        Pursuant to L.R. 6-2, Plaintiffs David Gardner, Steve Mattern, Brian Cerri, and William Sullivan, and Defendants Shell Oil Company, Shell Oil Products Company LLC, and Equilon Enterprises LLC dba Shell Oil Products US (collectively, "the Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

       WHEREAS, on April 20, 2010, the Parties filed a Joint Case Management Statement (Dkt. 25), wherein they proposed a briefing schedule for motions regarding class certification, with motions due no later than November 4, 2010, oppositions due no later than December 9, 2010, and replies due no later than December 23, 2010;

       WHEREAS, on April 27, 2010, the Court issued a Case Management Order (Dkt. 28), approving the Parties' proposed briefing schedule for motions regarding class certification and setting the hearing on January 26, 2011, at 2:00 p.m.;

       WHEREAS, the Parties have engaged in extensive motion practice in this case and in *Delagarza v. Tesoro Refining Marketing Co.*, USDC Case No. 09-cv-05803 MHP, wherein the defendants attempted to transfer and consolidate these actions with *USW v. Shell Oil Co., et al.*, USDC Case No. 08-3693 RGK (Ex);

       WHEREAS, on September 16, 2010, the Court issued an order granting Defendants' request to withdraw their motion to transfer the case or, in the alternative, stay proceedings (Dkt. 53);

       WHEREAS, Plaintiffs have propounded written discovery requests and Defendants have provided hundreds of pages of documents and are continuing to provide additional documents;

       WHEREAS, the Parties have conducted seven depositions so far in the case, including those of six organizational representatives and the lead plaintiff;

       WHEREAS, the Parties anticipate the need to depose six or seven additional organizational representatives, the three remaining named plaintiffs, and one USW representative, all of which have been tentatively scheduled and will be completed by the first week of November;

       WHEREAS, based on the number of remaining depositions, the Parties will be unable to prepare and file their motions regarding class certification by November 4, 2010; and

       WHEREAS, there have been no other time modifications in this case and the time modification to which the Parties stipulate herein will not have any effect on the schedule for the case.

Case No. C 09-05876 CW      1
JOINT STIPULATION TO ENLARGE TIME TO FILE CLASS CERTIFICATION MOTIONS; [~~PROPOSED~~] ORDER

NOW, THEREFORE, the Parties agree and stipulate that:

1. The deadline for any motions regarding class certification shall be moved from November 4, 2010 to December 1, 2010;

2. The deadline for oppositions to any motions regarding class certification shall be moved from December 9, 2010 to December 29, 2010;

3. The deadline for replies to any motions regarding class certification shall be moved from December 23, 2010 to January 12, 2010;

4. The hearing on the motions regarding class certification shall be unchanged and remain on January 26, 2010, at 2:00 p.m.

IT IS SO STIPULATED.

Dated: September 23, 2010

**GILBERT & SACKMAN, A Law Corporation**

By: ___s/ *Linda S. Fang*___
Linda S. Fang
Attorneys for Plaintiffs David Gardner, Steve Mattern, Brian Cerri, and William Sullivan

Dated: September 23, 2010

**EPSTEIN BECKER & GREEN, P.C.**

By: ___s/ *Angel Gomez*___
Angel Gomez
Attorneys for Defendants Shell Oil Company, Shell Oil Products Company LLC, and Equilon Enterprises LLC dba Shell Oil Products US

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/27/2010

Hon. Claudia Wilken
United States District Judge

Case No. C 09-05876 CW

2

JOINT STIPULATION TO ENLARGE TIME TO FILE CLASS CERTIFICATION MOTIONS; [PROPOSED] ORDER