UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

DAVID GARDNER, et al.,
    Plaintiffs,

v.

SHELL OIL COMPANY, et al.,
    Defendants.

No. C 09-5876 CW

**ORDER GRANTING REQUEST FOR PLAINTIFFS TO BE EXCUSED FROM ATTENDING THE MEDIATION**

Date:     December 20, 2010
Mediator:  AnnaMary Gannon

    IT IS HEREBY ORDERED that the request to excuse all of the named plaintiffs from attending the mediation session on December 20, 2010 before AnnaMary Gannon is GRANTED.

    Plaintiffs have explained that at this time it is unclear which of the plaintiffs David Gardner, Steven Mattern, Brian Cerri and William Sullivan shall be available to attend the mediation. Provided that at least one of the four named plaintiffs attends the session, the other three are excused from participating.

    IT IS SO ORDERED.

December 10, 2010      By:      *Elizabeth D. Laporte*
Dated                                Elizabeth D. Laporte
                                       United States Magistrate Judge