JAY SMITH (CA Bar No. 166105)
(Email: js@gslaw.org)
LINDA S. FANG (CA Bar No. 240245)
(Email: lfang@gslaw.org)
**GILBERT & SACKMAN**
**A LAW CORPORATION**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Tel: (323) 938-3000, Fax: (323) 937-9139

RICHARD P. ROUCO *(pro hac vice)*
(Email: rrouco@wdklaw.com)
**WHATLEY DRAKE & KALLAS, LLC**
2001 Park Place North
Birmingham, Alabama 35203
Tel: (205) 328-9576, Fax: (205) 328-9669

Attorneys for Plaintiffs David Gardner, Steve Mattern,
Brian Cerri, and William Sullivan

ANGEL GOMEZ (CA Bar No. 74476)
(Email: agomez@ebglaw.com)
DEANNA BALLESTEROS (CA Bar No. 159079)
(Email: dballesteros@ebglaw.com)
**EPSTEIN BECKER & GREEN, P.C.**
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
Tel: (310) 556-8861, Fax: (310) 553-2165

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| DAVID GARDNER, STEVE MATTERN, BRIAN CERRE, and WILLIAM SULLIVAN, individually and on behalf of all similarly situated current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>SHELL OIL COMPANY, SHELL OIL PRODUCTS COMPANY LLC, and EQUILON ENTERPRISES LLC dba SHELL OIL PRODUCTS US and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 09-05876 CW (DMR)<br><br>Assigned to the Honorable Claudia Wilken<br><br>**JOINT STIPULATION TO ENLARGE TIME UNDER DISCOVERY CUT-OFF** |

1	Pursuant to L.R. 6-2 and 7-12, Plaintiffs David Gardner, Steve Mattern, Brian Cerri, and William
2	Sullivan, and Defendants Shell Oil Company ("SOC"), Shell Oil Products Company LLC ("SOPC"), and
3	Equilon Enterprises LLC dba Shell Oil Products US ("SOPUS") (collectively, "the Parties"), by and
4	through their undersigned counsel, hereby stipulate as follows:
5	    WHEREAS, the discovery cut-off in this case was January 31, 2011 (Dkt. 28);
6	    WHEREAS, on January 31, 2011, Defendant SOPUS requested a two-week extension to respond
7	to Plaintiffs' first set of requests for admission, second set of requests for production, and second set of
8	interrogatories, propounded on December 30, 2010;
9	    WHEREAS, the Parties desire to avoid unnecessary motions to compel, which, pursuant to L.R.
10	37-3 and under the current discovery cut-off date, would need to be filed by February 7, 2011;
11	    WHEREAS, at the class certification hearing on January 27, 2011, the Court stated that it will be
12	certifying this case as a class action;
13	    WHEREAS, the Parties need additional time to conduct merits discovery and discovery related to
14	the amount of restitution, backpay, and penalties potentially owed to the class; and
15	    WHEREAS, there has been one other time modification in this case and the time modification to
16	which the Parties stipulate herein will not adversely affect the schedule for the case.
17	    NOW, THEREFORE, the Parties agree and stipulate that the fact discovery cut-off in this case be
18	reset to March 15, 2011.
19	    IT IS SO STIPULATED.

20	Dated: February 7, 2011                         **GILBERT & SACKMAN, A Law Corporation**

21	                                                By:    /s/  Linda S. Fang
                                                           Linda S. Fang
22	                                                Attorneys for Plaintiffs David Gardner, Steve
                                                    Mattern, Brian Cerri, and William Sullivan
23

24	Dated: February 7, 2011                         **EPSTEIN BECKER & GREEN, P.C.**

25	                                                By:    /s/  Angel Gomez
                                                           Angel Gomez
26	                                                Attorneys for Defendants Shell Oil Company, Shell
                                                    Oil Products Company LLC, and Equilon
27	                                                Enterprises LLC dba Shell Oil Products US

28

Case No. C 09-05876 CW (DMR)
JOINT STIPULATION TO ENLARGE TIME UNDER DISCOVERY CUT-OFF

1   **ORDER**

2   PURSUANT TO STIPULATION ON PAGE 1, ABOVE, IT IS SO ORDERED.

3   Dated: 2/10/2011

4   _____
    Hon. Claudia Wilken
    United States District Judge

Case No. C 09-05876 CW (DMR)
JOINT STIPULATION TO ENLARGE TIME UNDER DISCOVERY CUT-OFF

**CERTIFICATE OF SERVICE**

I, Linda S. Fang, certify that on <u>February 7, 2011</u>, the foregoing document entitled:

**JOINT STIPULATION TO ENLARGE TIME UNDER DISCOVERY CUT-OFF**

was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case, in particular on the following:

Angel Gomez
agomez@ebglaw.com

Deanna Ballesteros
dballesteros@ebglaw.com

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 7, 2011, at Los Angeles, California.

                                                 /s/ Linda S. Fang
                                               Linda S. Fang