United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GARDNER, | No. C-09-05876 CW (DMR) |
| Plaintiffs, | **ORDER TO MEET AND CONFER RE PROPOSED ORDER ON DISCOVERY DISPUTE** |
| v. | |
| SHELL OIL COMPANY, | |
| Defendant. | |

The Court has reviewed the parties' joint discovery letter regarding Plaintiffs' request that Defendant respond to certain discovery requests. *See* Docket No. 82. It appears that Defendant has agreed to provide further responses to every request at issue but did not provide a timeline for such responses. The Court also received a proposed order regarding the discovery dispute that was submitted by Plaintiffs which states that "[a]s of the time of filing, Defendant Equilon had not indicated either its agreement or any objection" to the proposed order. Docket No. 82-1.

Therefore, the parties are ordered to meet and confer regarding the proposed order and submit a stipulation and proposed order to resolve this dispute by **no later than April 15, 2011.**

IT IS SO ORDERED.

Dated: April 8, 2011

DONNA M. RYU
United States Magistrate Judge