JAY SMITH (CA Bar No. 166105)
(Email: js@gslaw.org)
LINDA S. FANG (CA Bar No. 240245)
(Email: lfang@gslaw.org)
**GILBERT & SACKMAN**
**A LAW CORPORATION**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Tel: (323) 938-3000, Fax: (323) 937-9139

RICHARD P. ROUCO *(pro hac vice)*
(Email: rrouco@wdklaw.com)
**WHATLEY DRAKE & KALLAS, LLC**
2001 Park Place North
Birmingham, Alabama 35203
Tel: (205) 328-9576, Fax: (205) 328-9669

Attorneys for Plaintiffs David Gardner, Steve Mattern,
Brian Cerri, and William Sullivan

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| DAVID GARDNER, STEVE MATTERN, BRIAN CERRE, and WILLIAM SULLIVAN, individually and on behalf of all similarly situated current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>SHELL OIL COMPANY, SHELL OIL PRODUCTS COMPANY LLC, and EQUILON ENTERPRISES LLC dba SHELL OIL PRODUCTS US and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 09-05876 CW (DMR)<br><br>Assigned to the Honorable Claudia Wilken<br><br>**ORDER RE CLASS CERTIFICATION NOTICE PLAN**<br><br>Action filed:   November 17, 2009<br>Trial date:     September 12, 2011 |

After consideration of the joint proposed class certification notice plan filed by Plaintiffs, IT IS HEREBY ORDERED that the following class certification notice plan shall be implemented, with a correction made to paragraph 12 of the Class Notice, which refers to an address at paragraph 16 when paragraph 16 provides no address:

The third-party administrator ("TPA") chosen by Plaintiffs is Simpluris, Inc. The TPA will be charged with preparing and sending the Class Notice to class members. Defendants have provided a list of the names and last-known addresses of class members ("class list") to Class Counsel. Class Counsel is working with the USW to verify that the class list is accurate. If any inaccuracies in the class list are discovered, Class Counsel will meet and confer with Defendants' counsel and, if necessary, file a motion with the Court. Once the class list is verified, Class Counsel will provide the class list to the TPA.

| | |
|---|---|
| Deadline for Class Counsel to provide the class list to the TPA, assuming no disagreement with Defendants regarding the accuracy of the list (if such disagreement does arise, the deadlines contained herein shall be delayed while the parties meet and confer and while any motion is pending before the Court) | **7 days** after the date of entry of the Court's Order regarding Plaintiffs' proposed class certification notice plan |

Following receipt of the Class List, the TPA will prepare the Class Notice, a proposed draft of which was attached as Exhibit A to the proposed class certification notice plan filed by Plaintiffs, for mailing by First-Class U.S. mail to the class members' last-known addresses.

| | |
|---|---|
| Deadline for mailing Class Notices to class members | **7 days** after Class Counsel receives the Class List from Defendants |
| Deadline for class members to mail requests for exclusion (postmark deadline) | **30 days** after the postmark date of the Class Notice |

**IT IS SO ORDERED.**

Dated: 5/25/2011

_____
Honorable Claudia Wilken
U.S. District Judge

Case No. C 09-05876 CW (DMR)
[PROPOSED] ORDER RE CLASS CERTIFICATION NOTICE PLAN