IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GARDNER; STEVE MATTERN; and WILLIAM SULLIVAN, individually and on behalf of all similarly situated current and former employees,<br><br>    Plaintiffs,<br><br>   v.<br><br>SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY, LLC; and EQUILON ENTERPRISES LLC dba SHELL OIL PRODUCTS US; and DOES 1 through 20, inclusive,<br><br>    Defendants.<br>_____/ | No. C 09-05876 CW<br><br>ORDER STRIKING DEFENDANTS' EVIDENTIARY OBJECTIONS<br>(Docket Nos. 92 & 96) |

On June 2, 2011 Defendants Shell Oil Company, Shell Oil Products Company LLC, and Equilon Enterprises LLC, doing business as Shell Oil Products US, filed two sets of evidentiary objections in violation of Civil Local Rule 7-3(a) and this Court's standing order.  Docket Nos. 92 & 96.  As provided by Rule 7-3(a) and (c) and this Court's order, the parties shall include any evidentiary objections within any motion for summary judgment, cross-motion

for summary judgment, opposition and/or reply.  Therefore, Defendants' evidentiary objections are stricken.

    IT IS SO ORDERED.



Dated:  June 3, 2011
CLAUDIA WILKEN
United States District Judge

2