1  JAY SMITH (CA Bar No. 166105)
   (Email: js@gslaw.org)
2  LINDA S. FANG (CA Bar No. 240245)
   (Email: lfang@gslaw.org)
3  **GILBERT & SACKMAN**
   **A LAW CORPORATION**
4  3699 Wilshire Boulevard, Suite 1200
   Los Angeles, California 90010
5  Tel: (323) 938-3000, Fax: (323) 937-9139

6  RICHARD P. ROUCO *(pro hac vice)*
   (Email: rrouco@qcwdr.com)
7  **QUINN, CONNOR, WEAVER, DAVIES & ROUCO**
   2700 Highway 280 East, Suite 380
8  Birmingham, Alabama 35223
   Tel: (205) 870-9989, Fax: (205) 803-4142
9
   Attorneys for Plaintiffs David Gardner, Steve Mattern,
10 and Brian Cerri

11 ANGEL GOMEZ (CA Bar No. 74476)
   (Email: agomez@ebglaw.com)
12 DEANNA L. BALLESTEROS (CA Bar No. 159079)
   (Email: dballesteros@ebglaw.com)
13 **EPSTEIN BECKER & GREEN, P.C.**
   1925 Century Park East, Suite 500
14 Tel: (310) 556-8861, Fax: (310) 553-2165

15 Attorneys for Defendants Shell Oil Company, Shell Oil
   Products Company LLC, and Equilon Enterprises LLC
16 dba Shell Oil Products US

17              **UNITED STATES DISTRICT COURT**

18         **NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| DAVID GARDNER, STEVE MATTERN, and BRIAN CERRE, individually and on behalf of all similarly situated current and former employees, | Case No. C 09-05876 CW |
| | Assigned for all purposes to Hon. Claudia Wilken |
| Plaintiffs, | **ORDER RE: JOINT STIPULATION TO CONTINUE TRIAL** |
| v. | |
| SHELL OIL COMPANY, SHELL OIL PRODUCTS COMPANY LLC, and EQUILON ENTERPRISES LLC dba SHELL OIL PRODUCTS US, and DOES 1 through 20, inclusive, | |
| Defendants. | |

Case No. C 09-05876 CW
[~~PROPOSED~~] ORDER RE: JOINT STIPULATION TO CONTINUE TRIAL

**ORDER**

The Court, having reviewed the Joint Stipulation to Continue Trial, hereby finds good cause for that stipulation. The trial in this matter is continued from September 12, 2011 to **October 17, 2011**, the final pre-trial conference is continued from August 30, 2011 to **October 4, 2011**, the pre-trial deadlines are reset in accordance with the new trial and final pre-trial conference dates, and the Court will refrain from issuing any rulings on the Parties' motions for summary judgment at least until after September, 1, 2011.

.

DATED:  __8/16/2011_____

_____
HONORABLE CLAUDIA WILKEN
DISTRICT JUDGE

Case No. C 09-05876 CW           1
[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE TRIAL